UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-62156-RLR

HOWARD COHAN,

    Plaintiff,

vs.

UNITED FAMILY RESTAURANT, LLC,
d/b/a THE HALAL GUYS,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, UNITED FAMILY RESTAURANT, LLC d/b/a THE HALAL GUYS ("Defendant") (collectively "Parties"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 16th day of December, 2024.

| | |
|---|---|
| BY: _s/ Jason S. Weiss_<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 0356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>*Attorneys for Plaintiff* | Authorized to file for:<br><br>United Family Restaurant, LLC<br>d/b/a The Halal Guys<br>2268 S. University Drive<br>Davie, Florida 33324<br>*Defendant* |